UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN WANG, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 14-cv-03501-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On August 4, 2014, Plaintiffs Lin Wang and Fen Ying Yin filed the instant complaint, at which time the matter was scheduled for a Case Management Conference on November 6, 2014. However, as there was no indication that Defendants have been served in accordance with Federal Rule of Civil Procedure 4, the Court vacated the Conference and ordered Plaintiffs to file a status report by November 13, 2014.  Dkt. No. 5.  To date, no response to the status order has been received and there remains no proof of service of the summons and complaint.

Accordingly, the Court ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by December 2, 2014.  <u>Notice is hereby provided to Plaintiffs that the Court may dismiss the case if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.  If Plaintiffs file a declaration, the Court shall conduct a hearing on December 11, 2014, unless it determines that no hearing is necessary.

     **IT IS SO ORDERED.**

Dated: November 19, 2014

                                                                   _____<br>
                                                                     MARIA-ELENA JAMES<br>
                                                                     United States Magistrate Judge