UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN WANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03501-MEJ<br><br>**ORDER DISCHARGING OSC AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

On November 19, 2014, the Court ordered Plaintiffs Lin Wang and Fen Ying Yin to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received their counsel's declaration in response, the order to show cause is DISCHARGED. The Court shall conduct a Case Management Conference on January 22, 2015 at 10:00 a.m. in Courtroom B. All deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge