UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN WANG, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 14-cv-03501-MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

This matter is scheduled for a Case Management Conference on January 22, 2015, yet there is still no indication that any defendants have been served, and no case management statement was filed.  Accordingly, the Court VACATES the Case Management Conference and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by January 27, 2015.  <u>Notice is hereby provided to Plaintiffs that the Court may dismiss the case if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: January 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge